# IN THE DISTRICT COURT IN AND FOR OKMULGEE COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| SEAN DOUGLAS BIRNIE, an individual, )<br>　　　　Plaintiff, )<br>vs. )<br>RICHARD S. GANZER, an individual, )<br>SERVICE STEEL WAREHOUSE CO., )<br>a foreign entity, )<br>TRAVELERS INSURANCE CO., )<br>a foreign entity, and )<br>RYDER TRUCK RENTAL, INC., )<br>a foreign entity )<br>　　　　Defendants. ) | Case No. **CJ-2020-065**<br><br>Jury Trial Demanded<br><br>Attorney Lien Claimed<br><br>**FILED**<br>IN DISTRICT COURT<br>APR 24 2020<br>OKMULGEE COUNTY, OKLAHOMA<br>CHARLY CRINER, Court Clerk<br>By_____Deputy |

**TO:   RYDER TRUCK RENTAL, INC.**

_____
By Attorneys for Plaintiff:

**To the above-named Defendant:   RYDER TRUCK RENTAL, INC.**

You have been sued by the above-99named plaintiff(s), and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiffs. Unless you answer the petition within the time stated judgment will be rendered against you with costs of the action.

Issued this 23 day of April 2020.

Okmulgee County Court Clerk

B _____, Deputy Court Clerk

This summons and order was served on _____
　　　　　　　　　　　　　　　　　　　　　　(Date of service)

_____
(Signature of person serving summons)

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.**

Return ORIGINAL for filing.