## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SEAN DOUGLAS BIRNIE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) NO. CIV-21-0205-HE |
| RICHARD S. GANZER, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

The parties have filed a joint motion to transfer this case to the Eastern District of Oklahoma where venue properly lies. The court concludes that it is in the interest of justice to transfer this case. 28 U.S.C. § 1406(a). The motion [Doc. # 4] is **GRANTED.** This case is transferred to the United States District Court for the Eastern District of Oklahoma.

**IT IS SO ORDERED**.

Dated this 3rd day of March, 2021.

JOE HEATON
UNITED STATES DISTRICT JUDGE